UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

Case Number:               - Civil (                                    )

Timothy Oswald,

Plaintiff

vs.

FILED BY _____ D.C.

MAY 19 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

Buffalo Bills; and the National Football League

Defendants

## COMPLAINT

I, plaintiff Timothy Oswald, sue defendants Buffalo Bills (Buffalo NY) and National Football League (New York, New York).

This action is filed under:

### Venue and Jurisdiction

1. Plaintiff Timothy Oswald is a resident of Broward County, in the state of Florida, which is part of the Southern District of Florida for purposes of venue.
2. Plaintiff resides in Florida and Defendants' primary place of businesses are in New York for the purposes of Jurisdiction.

### Parties

3. The Buffalo Bills held back a benefit of the plaintiff, Timothy Oswald, a Season Ticket Holder since 1988, as displayed in email between the parties, and hereby may be referred to as Exhibit A. Such action was done by the Buffalo Bills because Timothy Oswald had legally sold tickets via the Buffalo Bills ticket partner,

Ticketmaster, for which the Buffalo Bills regularly promote to all fans as a place to buy and sell tickets safely. Plaintiff then asked Buffalo Bills under what reason/rule/regulation such punishment was being enforced on him and the Buffalo Bills declared that it was NOT punishment even though the fact remains they were taking away a benefit. To this day, the Buffalo Bills have NOT documented or stated when and how this unwritten/undocumented rule/regulation went into effect. The Buffalo Bills' Ticket Office manager Chris Holland stopped responding to plaintiff's emails that was requesting answers so he would NOT fail these unwritten/undocumented rules/regulations that the Ticket Office was now enforcing. Mr. Holland stated in email that "we are unable to discuss this particular issue any further with you, either electronically or in a phone call." With this response from the Buffalo Bills, the plaintiff, or any other Season Ticket Holder, has no way to know how NOT to break these rules and/or regulations and lose Season Ticket Holder benefits.

4. Shortly after the last National Football League season ended earlier this year, plaintiff, Timoty Oswald, received a letter via FED EX from the Buffalo Bills that stated they would NOT be renewing Timothy Oswald's Season Tickets, in which he has been a loyal Season Ticket Holder since 1988. The letter from the Buffalo Bills did NOT cite a reason for this action. This letter may be hereby referred to as Exhibit B.

5. This civil action is being taken because, among others reasons, as an antitrust lawsuit. Punitive damages under this action seek one million dollars per year that the plaintiff has been continuously a Season Ticket Holder of the Buffalo Bills. 37 seasons equals punitive damages of $37 million dollars into these billion-dollar entities.

6. Because the plaintiff, Timothy Oswald, and other Buffalo Bills Season Ticket Holders have unknowingly lost Season Ticket Holder benefits, a class action motion may be warranted. As plaintiff is NOT a licensed attorney, the court would need to seek out representation for this group (and considerations may need to be given by the court on whether to include all other NFL teams as defendants too).

7. U.S. Civil Statutes/laws that will be before the court include: 28:1331 at 28:1331 Fed. Question: Anti-trust; 28:1331bc 28:1331 (410); Fed. Question: Breach of Contract; (90 Other) Contract; (370 Other) Fraud; 28:1330 28:1330 Breach of Contract; Breach of implied warranty/pledge; Denial of fair warning/notice. In addition, the following: 05:0552pa 05:552 Right to Privacy Act (use of Ticketmaster Technology); 18:0241 18:241 Conspiracy Against Citizen Rights (use of Ticketmaster Technology).

8. Plaintiff, Timothy Oswald, seeks immediate injunction/order/ruling/relief to reinstate his Season Tickets as he held in the last NFL season (2024-25 NFL Season) and all Season Ticket Holder benefits.

9. Plaintiff, Timothy Oswald, seeks immediate injunction/order/ruling/relief to reinstate his participation into the seat selection process as a Season Ticket Holder in good standing since 1988 with his current seats as of 2024-25 NFL Season. The new Buffalo Bills stadium is set to open in a year or two.

10. If Buffalo Bills do NOT reinstated plaintiff's seats for the current stadium and/or if he is unable to find similar seats with the same characteristics and comforts in the new stadium, the Jury to penalize the Buffalo Bills for breach of Season Ticket Holder membership, not less than $100,000, or more as Jury finds appropriate.

11. Additional punitive damages may be provided to the plaintiff by jury and/or Court as they deem just and proper.

12. Jury Trial is demanded by plaintiff.

May 19, 2025

Respectfully Submitted,

Timothy Oswald

timoswald@mail.com

425 NE 24th Dr

Wilton Manors Fl 33334

716-245-0060